UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RENELL DUDLEY,<br>Defendant. | No.: CR 05-00804 MJJ<br><br>[PROPOSED] ORDER<br>VACATING HEARING DATE AND<br>SETTING CHANGE OF PLEA DATE<br><br>OAKLAND VENUE |

## ORDER

Based on the reasons provided in the attached stipulation of the parties, IT IS HEREBY ORDERED that the hearing for the government's appeal of defendant's pre-trial Order of Release is vacated, with defendant remaining in federal custody, and

IT IS FURTHER ORDERED that the parties appear before this Court in San Francisco on March 2, 2006 at 2:00 p.m. for change of plea.

In addition, based upon the reasons provided in the attached stipulation of the parties, the Court hereby FINDS that the time from February 22, 2006 and March 2, 2006 is excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and(h)(8)(B)(iv) on the grounds that: (1) the ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial by excluding this time under the Speedy Trial Act; (2) this is a reasonable period of time necessary for the effective preparation of the case by counsel, taking into account the exercise of due

STIPULATION & [PROPOSED] ORDER
CR 05-00804 MJJ

1 | diligence, to further investigate defendant's prior criminal convictions relating to defendant's
2 | Guidelines Range exposure for the anticipated plea agreement and, alternatively, the determination
3 | that trial is not necessary in the instant case.
4 | IT IS SO ORDERED.
5 | DATED: February 23, 2006

*/s/ Martin J. Jenkins*
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER
CR 05-00804 MJJ                     2