BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DUDLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RENELL DUDLEY,<br><br>    Defendant. | No. CR-05-00804 MJJ<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING DATE FOR**<br>**CHANGE OF PLEA**<br><br>Current Date: March 2, 2006<br>Requested Date: March 10, 2006 |

    The parties previously agreed to put this matter on calendar on Thursday, March 2 at 2:00 p.m. for change of plea. The government provided a plea agreement to the defense on Friday, February 24, and undersigned counsel was prepared to go over the agreement with Mr. Dudley on Monday, February 27. Undersigned defense counsel was called for jury duty in Hayward on Monday February 27, and has been ordered to appear all week for voir dire in a four week criminal felony trial. Although undersigned defense counsel does not expect to ultimately be selected for the jury in this trial, the fact that the jury selection process is expected to take all week makes it impossible for counsel to meet with Mr. Dudley to review the plea agreement prior to court on March 2. Therefore, the parties stipulate and agree that change of plea be continued to March 10, 2006.

Stip to continue change of plea, 05-00804 MJJ            1

In addition, because the continuance is required by undersigned defense counsel's unavailability, the parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the defendant continuity of counsel. The parties therefore stipulate and agree that time between March 2, 2006 and March 10, 2006 should be excluded pursuant to 18 U.S.C. §§ 3161(8)(A) and (B)(iv).

/S/

Date: 2/27/06  
Rebecca Sullivan Silbert  
Assistant Federal Public Defender

/S/

Date: 2/28/06  
Jim Keller  
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Based on the reasons provided in the stipulation of the parties above, the Court ORDERS that change of plea in this matter is continued to March 10, 2006. The Court further FINDS that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the defendant continuity of counsel, as counsel for the defendant will be unavailable the week of March 2. Time is excluded from March 2, 2006 to March 10, 2006 pursuant to 18 U.S.C. §§3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

3/2/2006  
Date

Honorable Martin J. Jenkins  
Judge, United States District Court  
Northern District of California

Stip to continue change of plea, 05-00804 MJJ        2