# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 0 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    )
                            )
        vs.                 )   Docket Number: CR 06-00804-1 MJJ
                            )
    Renell Dudley           )
                            )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ June 2, 2006 _____ be continued until _____ July 20, 2006 _____ at _____ 2:00 pm _____.

Date: 5/2/2006

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

DEBRA K. AASMUNDSTAD
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street Suite 220S
Oakland, CA 94612-5206
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7542
FAX: (415) 436-7114

April 27, 2006

MEMORANDUM

The Honorable Martin J. Jenkins
United States District Judge

           **RE: DUDLEY, Renell**
           **Docket No. CR 06-0804-01 MJJ**
           <u>**REQUEST FOR CONTINUANCE**</u>

Your Honor:

On March 10, 2006, the above named defendant pled guilty to 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm. The matter was put over for sentencing to June 2, 2006 and was referred to the United States Probation Office for the preparation of a presentence report.

This probation officer is requesting additional time to further investigate the complexity of the defendant's criminal history and possible gang associations. Both counsel for the government and defense have been advised and have no objections to the continuance. Defense counsel will be unavailable from June 29 to July 10, 2006. Therefore, this officer is requesting a continuance to July 20, 2006, at 2:00 pm. If the Court approves the continuance, a proposed order is attached for Your Honor's convenience.

                              Respectfully submitted,

                              Jessica A. Goldsberry
                              U. S. Probation Officer

Reviewed and Approved by:

Insa Amina Bel'Ochi
Supervising U.S. Probation Officer

cc: AUSA Jim Keller
    AFPD Rebecca Silbert